1 | BOWMAN AND BROOKE LLP
Brian Takahashi, Esq. SB# 146505
2 | Michael C. Foley, Esq., SB# 240118
879 West 190th Street, Suite 700
3 | Gardena, California 90247-7468
Tel: 310/ 768-3068
4 | Fax: 310/ 719-1019
E-mail: Brian.Takahashi@bowmanandbrooke.com
5 | E-mail: Michael.Foley@bowmanandbrooke.com
6 | Attorneys for Defendant
WHIRLPOOL CORPORATION
7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

10 | **ED  CV 11 - 01541**

11 | MARK STORY, CARI STORY       **CASE NO:**

12 |      Plaintiffs,      (Removed from Riverside County
Superior Court – Case No. RIC
13 | vs.      1113384)

14 | WHIRLPOOL CORPORATION,      **Assigned:**
DOES 1 TO 10, Inclusive      **Department:**
15 |

16 |      Defendants.      **NOTICE OF REMOVAL TO THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA – EASTERN
DIVISION UNDER 28 U.S.C. 1441(a)
DIVERSITY; DECLARATION OF
MICHAEL C. FOLEY; EXHIBITS "A"
– "B"**

20 |      Action Filed:      08/12/11

21 |      TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR

22 | THE CENTRAL DISTRICT OF CALIFORNIA:

23 |      Defendant Whirlpool Corporation ("Whirlpool") hereby removes this

24 | case to the United States District Court for the Central District of California,

25 | Eastern Division pursuant to 28 U.S.C. §§1332, 1441 and 1446. The basis

26 | for removal is as follows:

27 |      1.     On August 12, 2011, Plaintiffs Mark Story and Cari Story filed

28 | their Complaint in the Riverside County Superior Court captioned *Mark*

149610-WE            1

1  Story, Cari Story v. Whirlpool Corporation, Does 1 to 10, Inclusive, Case
2  No. RIC 1113384.   Whirlpool was served with a copy of Plaintiffs'
3  Summons and Complaint on August 29, 2011 on its designated agent for
4  service of process, Corporation Service Company.  A true and correct copy
5  of Plaintiffs' Complaint and all process received are attached as Exhibit
6  "A."

7        2.    This is a civil action over which this Court has original
8  jurisdiction under 28 U.S.C. §1332, and it is one which may be removed to
9  this Court by defendant Whirlpool pursuant to 28 U.S.C. §1441(a) because
10  it involves citizens of different states, and the amount in controversy
11  exceeds $75,000.

12        3.    **Amount in Controversy**:  As set forth in plaintiffs' statements
13  of damages, plaintiffs cumulatively seek $308,000 for "bodily, mental and
14  emotional injuries, as well as a loss of consortium due to the physical,
15  mental and emotional injuries."  (See, **Exhibit B**, Plaintiffs Mark Story's
16  and Cari Story's Statements of Damages.)  The amount in controversy is
17  facially apparent from Plaintiffs' Complaint.  See, *Luckett v. Delta Airlines,*
18  *Inc., 171 F.3d 295, 298* (5th Cir. 1999) [amount in controversy requirement
19  may be established by showing that such damages are "facially apparent"
20  from the Plaintiffs' Complaint, or by setting forth facts in the notice of
21  removal that support a finding of the requisite amount].  Accordingly, the
22  amount in controversy is satisfied.

23        4.    **Diversity:** The basic requirement in diversity cases is that all
24  plaintiffs be of different citizenship than all defendants.  Any instance of
25  common citizenship prevents federal diversity jurisdiction.  For diversity
26  purposes, a natural person is a "citizen" of the state which he or she is
27  domiciled.  *Kantor v. Wellesley Galleries, Ltd.* (9th Cir. 1983) 704 F.2d
28  1088, 1090.  A natural person's domicile is the place he or she resides with

149610-WE                                    2

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT OF CALIFORNIA – EASTERN
DIVISION UNDER 28 U.S.C. 1441(a) DIVERSITY

the intention to remain or to which he or she intends to return. *Kanter v. Warner-Lambert Co.* (9th Cir. 2001) 265 F.3d. 853, 857.  A corporation, on the other hand, is deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

5.    According to the Complaint, Plaintiffs Mark and Cari Story are residents of California.  (See **Exhibit A**, Plaintiffs' Complaint.)

6.    At the time of both the filing of Plaintiffs' Complaint and this Notice of Removal, Defendant Whirlpool was a Delaware corporation with its principal place of business located at 2000 M-63, Benton Harbor, Michigan.   Thus, for jurisdictional purposes, Defendant Whirlpool is a citizen of both Delaware, its state of incorporation, and Michigan, where its principal place of business is located.

7.    Accordingly, complete diversity exists as of the time the action was commenced in state court and at the time of removal, and there are no other named defendants that can defeat diversity.  "DOE" defendants may be ignored for removal purposes.  See, *Salveson v. Western State Bank Card Assn.* (9th Cir. 1984) 731 F.2d 1423.

8.    This  Notice  is  procedurally  proper  because  Defendant Whirlpool  timely  filed  this  notice  within  30  days  of  receiving  Plaintiffs' Complaint,  see  28 U.S.C. § 1446(b);  complete diversity exists under 28 U.S.C. § 1332(a) as Plaintiffs and Defendant Whirlpool are citizens of different  states,  California,  Delaware,  and  Michigan;  and  the  amount  in controversy exceeds $75,000, exclusive of interest and costs, under 28 U.S.C.  §  1332(b)  based  upon  Plaintiffs'  Statements  of  Damages evidencing  damages  at  or  in  excess  of  $100,000  for  each  Defendant. (See, Exhibit B.**)**

9.     Under 28 U.S.C. § 1441, a defendant may remove the action to the district court of the United States for the district and division embracing the place where the action is pending.   Plaintiffs filed its Complaint in Riverside County, California and thus this case is removable to the United States District Court for the Central District of California, Eastern Division.

10.    Based on the foregoing, all requirements for federal diversity jurisdiction and removal jurisdiction have been met.   Defendant Whirlpool Corporation therefore requests that this action not pending against it in the Superior Court of California, County of Riverside, Case No. RIC 1113384, be removed to the United States District Court for the Central District of California, Eastern Division, and that this Court assume complete jurisdiction in this matter.

DATED:  September 27, 2011          BOWMAN AND BROOKE LLP

BY: _____
     Brian Takahashi
     Michael C. Foley
     Attorneys for Defendant
     WHIRLPOOL CORPORATION

## DECLARATION OF MICHAEL C. FOLEY

I, Michael C. Foley, declare:

1.      I am an attorney at law licensed to practice before all courts of the State of California and this Court.  I am an associate in the law firm of Bowman and Brooke LLP, counsel of record for defendant Whirlpool Corporation.  I have personal knowledge of the matters stated herein.  If called and sworn as a witness, I could and would competently testify to the following:

2.      A true and correct copy of Plaintiffs' Complaint and all service of process effected on Whirlpool Corporation is attached hereto as Exhibit "A."

3.      As set forth in plaintiffs' Statements of Damages, plaintiffs are seeking the cumulative total of $308,000.  This information is facially apparent from Mark Story's and Cari Story's Statements of Damages.  True and correct copies of the Statements of Damages are attached hereto as Exhibit "B."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27 day of September, 2011, at Gardena, California.

Michael C. Foley, Declarant

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT OF CALIFORNIA – EASTERN DIVISION UNDER 28 U.S.C. 1441(a) DIVERSITY

# EXHIBIT A



**DATE RECEIVED**

AUG 3 0 2011

**LAW DEPARTMENT**

CORPORATION SERVICE COMPANY

DDZ / ALL
Transmittal Number: 9058436
Date Processed: 08/29/2011

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | Ms. Garnet Chapin<br>Whirlpool Corporation<br>211 Hilltop Road<br>MD 2114<br>St. Joseph, MI 49085 |

| | |
|---|---|
| Entity: | Whirlpool Corporation<br>Entity ID Number  2580391 |
| Entity Served: | Whirlpool Corporation |
| Title of Action: | Mark Story vs. Whirlpool Corporation |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Product Liability |
| Court/Agency: | Riverside County Superior Court, California |
| Case/Reference No: | RIC 1113384 |
| Jurisdiction Served: | California |
| Date Served on CSC: | 08/29/2011 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | James Rees<br>562-495-1500 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road   Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

08/26/2011  15:48  5625956294                SIGNAL ATTORNEY SERV                PAGE  02/13

# SUMMONS

## (CITACION JUDICIAL)

**SUM-100**

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>WHIRLPOOL CORPORATION, DOES 1 TO 10, Inclusive<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br>MARK STORY, CARI STORY | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)*<br><br>**F I L E D**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>AUG 1 2 2011<br><br>C. Mundo |

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

   *¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

   *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

**CASE NUMBER:** *(Número del Caso):*

**RIC  1 1 1 3 3 8 4**

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE<br>4050 MAIN STREET<br>RIVERSIDE, CALIFORNIA 92501 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

JAMES F. REES, ESQ.             LAW OFFICES OF TODD B. BECKER
3750 E. ANAHEIM ST., SUITE 100   562.495.0500
LONG BEACH, CA 90804

| | | | |
|---|---|---|---|
| DATE:<br>*(Fecha)* | AUG 1 2 2011 | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Whirlpool Corporation
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

MARK STORY

## SUPERIOR COURT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA

| | | | |
|---|---|---|---|
| ☐ | **BANNING** 135 N. Alessandro Road, Banning, CA 92220 | ☐ | **MURRIETA** 30755-D Auld Road, Murrieta, CA 92563 |
| ☐ | **BLYTHE** 265 North Broadway, Blythe, CA 92225 | ☒ | **RIVERSIDE** 4050 Main St., Riverside, CA 92501 |
| ☐ | **HEMET** 880 N. State St., Hemet, CA 92543 | ☐ | **RIVERSIDE** 4175 Main St., Riverside, CA 92501 |
| ☐ | **INDIO** 46-200 Oasis St., Indio, CA 92201 | ☐ | **TEMECULA** 41002 County Center Dr., #100, Temecula, CA 92591 |
| ☐ | **MORENO VALLEY** 13800 Heacock St. #D201, Moreno Valley, CA 92553 | | |

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

AUG 12 2011

C. Mundo

Name and Address
JAMES F. REES, ESQ.
LAW OFFICES OF TODD B. BECKER
3750 E. ANAHEIM STREET, SUITE 300
LONG BEACH, CA 90804
PH. (562) 495-1500, FAX (562) 494-8904
Attorney for Plaintiff
or Party without Attorney

MARK STORY, CARI STORY,

                                    Plaintiff(s)

VS.

WHIRLPOOL CORPORATION, DOES 1 TO 10,
Inclusive

                                    Defendant(s)

CASE NO. **RIC** 1113384

**CERTIFICATE OF COUNSEL**

The undersigned certifies that this matter should be tried or heard in the
RIVERSIDE  Court for the following reason:

☒   The action arose in this judicial district.

☐   The action concerns real property located in this judicial district.

☐   The defendant resides in this judicial district.

LAW OFFICES OF TODD B. BECKER

Dated:  8/12/11           Signed by: _James F. Rees_
                                    ATTORNEY FOR PLAINTIFF(S)
                                    OR PARTY WITHOUT ATTORNEY
                                    JAMES F. REES, ESQ.
                                    ATTORNEYS FOR MARK & CARI STORY

(Rev. 7-1-03)              **CERTIFICATE OF COUNSEL**              R6-330

08/26/2011  15:48   5625956294             SIGNAL ATTORNEY SERV                    PAGE  04/13

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
JAMES F. REES, ESQ.                    sbn 59897
LAW OFFICES OF TODD B. BECKER
3750 E. ANAHEIM ST., SUITE 100
LONG BEACH, CA 90804
  TELEPHONE NO: 562.495.1500    FAX NO: 562.494.8904
ATTORNEY FOR *(Name):* MARK STORY, CARI STORY

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** RIVERSIDE
  STREET ADDRESS: 4050 MAIN STREET
  MAILING ADDRESS:
  CITY AND ZIP CODE: RIVERSIDE, CA 92501
  BRANCH NAME: RIVERSIDE HISTORIC COURTHOUSE

CASE NAME: STORY vs. WHIRLPOOL

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited <br> (Amount    (Amount <br> demanded    demanded is <br> exceeds $25,000) $25,000 or less) | [ ] Counter  [ ] Joinder <br><br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | RIC 1113384 <br> JUDGE: <br> DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[X] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation**
*(Cal. Rules of Court, rules 3.400-3.403)*
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* TWO : PRODUCTS LIABILITY, NEGLIGENCE
5. This case [ ] is  [X] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: AUGUST 12, 2011

JAMES F. REES
  *(TYPE OR PRINT NAME)*                                    *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

---

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]   CIVIL CASE COVER SHEET   Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

MARK STORY

08/26/2011  15:48    5625956294         SIGNAL ATTORNEY SERV         PAGE  05/13

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you  must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the  primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
 Auto (22)-Personal Injury/Property
  Damage/Wrongful Death
 Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
 Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
   Wrongful Death
 Product Liability *(not asbestos or
  toxic/environmental)* (24)
 Medical Malpractice (45)
  Medical Malpractice–
   Physicians & Surgeons
  Other Professional Health Care
   Malpractice
 Other PI/PD/WD (23)
  Premises Liability (e.g., slip
   and fall)
  Intentional Bodily Injury/PD/WD
   (e.g., assault, vandalism)
  Intentional Infliction of
   Emotional Distress
  Negligent Infliction of
   Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
 Business Tort/Unfair Business
  Practice (07)
 Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)*  (08)
 Defamation (e.g., slander, libel)
  (13)
 Fraud (16)
 Intellectual Property (19)
 Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
   *(not medical or legal)*
 Other Non-PI/PD/WD Tort (35)

**Employment**
 Wrongful Termination (36)
 Other Employment (15)

**Contract**
 Breach of Contract/Warranty (06)
  Breach of Rental/Lease
   Contract  *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach–Seller
   Plaintiff  *(not fraud or negligence)*
  Negligent Breach of Contract/
   Warranty
  Other Breach of Contract/Warranty
 Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
   Case
 Insurance Coverage  *(not provisionally
  complex)*  (18)
  Auto Subrogation
  Other Coverage
 Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
 Eminent Domain/Inverse
  Condemnation (14)
 Wrongful Eviction (33)
 Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
   domain, landlord/tenant, or
   foreclosure)*

**Unlawful Detainer**
 Commercial (31)
 Residential (32)
 Drugs (38)  *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
 Asset Forfeiture (05)
 Petition Re: Arbitration Award (11)
 Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
   Case Matter
  Writ–Other Limited Court Case
   Review
 Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
   Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400-3.403)**
 Antitrust/Trade Regulation (03)
 Construction Defect (10)
 Claims Involving Mass Tort (40)
 Securities Litigation (28)
 Environmental/Toxic Tort (30)
 Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)

**Enforcement of Judgment**
 Enforcement of Judgment (20)
  Abstract of Judgment (Out of
   County)
  Confession of Judgment (non-
   domestic relations)
  Sister State Judgment
  Administrative Agency Award
   *(not unpaid taxes)*
  Petition/Certification of Entry of
   Judgment on Unpaid Taxes
  Other Enforcement of Judgment
   Case

**Miscellaneous Civil Complaint**
 RICO (27)
 Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
   harassment)*
  Mechanics Lien
  Other Commercial Complaint
   Case  *(non-tort/non-complex)*
  Other Civil Complaint
   *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
 Partnership and Corporate
  Governance (21)
 Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
   Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late
   Claim
  Other Civil Petition

MARK STORY

08/26/2011  15:48    5625956294         SIGNAL ATTORNEY SERV                PAGE  06/13

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
JAMES F. REES                            sbn 59897
LAW OFFICES OF TODD B. BECKER
3750 E. ANAHEIM ST., SUITE 100
LONG BEACH, CA 90804
TELEPHONE NO: 562.495.1500    FAX NO.(Optional): 562.494.8904
E-MAIL ADDRESS (Optional):  rees@toddbeckerlaw.com
ATTORNEY FOR (Name):  MARK STORY, CARI STORY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS:
CITY AND ZIP CODE: RIVERSIDE, CA 92501
BRANCH NAME: RIVERSIDE COURT

PLAINTIFF: MARK STORY, CARI STORY

DEFENDANT: WHIRLPOOL CORPORATION,

[X] DOES 1 TO 10, Inclusive

COMPLAINT-Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE  [X] OTHER (specify):  Products Liability
  [X] Property Damage   [ ] Wrongful Death
  [X] Personal Injury   [ ] Other Damages (specify):

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

AUG 12 2011

C. Mundo

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:

**RIC   1113384**

1.  Plaintiff (name or names): MARK STORY, CARI STORY

    alleges causes of action against defendant (name or names): WHIRLPOOL CORPORATION, DOES 1
    TO 10, Inclusive

2.  This pleading, including attachments and exhibits, consists of the following number of pages: 5

3.  Each plaintiff named above is a competent adult
    a. [ ] except plaintiff (name):
       (1) [ ] a corporation qualified to do business in California
       (2) [ ] an unincorporated entity (describe):
       (3) [ ] a public entity (describe):
       (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
       (5) [ ] other (specify):

    b. [ ] except plaintiff (name):
       (1) [ ] a corporation qualified to do business in California
       (2) [ ] an unincorporated entity (describe):
       (3) [ ] a public entity (describe):
       (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
       (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]    ESSENTIAL FORMS™

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

MARK STORY

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| STORY vs. WHIRLPOOL | |

4. [ ] Plaintiff (name) :
    is doing business under the fictitious name (specify) : .

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
    a. [X] except defendant (name) :
        WHIRLPOOL CORPORATION
        (1) [ ] a business organization, form unknown
        (2) [X] a corporation
        (3) [ ] an unincorporated entity (describe) :

        (4) [ ] a public entity (describe) :

        (5) [ ] other (specify) :

    b. [ ] except defendant (name) :

        (1) [ ] a business organization, form unknown
        (2) [ ] a corporation
        (3) [ ] an unincorporated entity (describe) :

        (4) [ ] a public entity (describe) :

        (5) [ ] other (specify) :

    c. [ ] except defendant (name) :
        (1) [ ] a business organization, form unknown
        (2) [ ] a corporation
        (3) [ ] an unincorporated entity (describe) :

        (4) [ ] a public entity (describe) :

        (5) [ ] other (specify) :

    d. [ ] except defendant (name) :
        (1) [ ] a business organization, form unknown
        (2) [ ] a corporation
        (3) [ ] an unincorporated entity (describe) :

        (4) [ ] a public entity (describe) :

        (5) [ ] other (specify) :

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
    a. [X] Doe defendants (specify Doe numbers): 1 - 10 _____ were the agents or employees of other
        named defendants and acted within the scope of that agency or employment.
    b. [X] Doe defendants (specify Doe numbers): 1 - 10 _____ are persons whose capacities are unknown to
        plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
    a. [ ] at least one defendant now resides in its jurisdictional area.
    b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
    d. [ ] other (specify):

9. [ ] Plaintiff is required to comply with a claims statute, and
    a. [ ] has complied with applicable claims statutes, or
    b. [ ] is excused from complying because (specify):

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

MARK STORY

ESSENTIAL FORMS

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| STORY vs. WHIRLPOOL | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*:
      Physical, mental and emotional pain, suffering and distress.
      Loss of consortium of spouse.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 8/12/11

JAMES REES
_____
[TYPE OR PRINT NAME]

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| STORY vs. WHIRLPOOL | |

___FIRST___          CAUSE OF ACTION- Products Liability          Page __4__
    (number)

ATTACHMENT TO [X] Complaint  ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: MARK STORY, CARI STORY

Prod. L-1. On or about *(date)*: 8/13/09              plaintiff was injured by the following product:
          JENN-AIR REFRERATOR
          Plaintiffs Mark Story and Cari Story, husband and wife, each
          sustained physical, mental and emotional injury as well as a
          loss of consortium due to the other's injuries.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The
          product was defective when it left the control of each defendant. The product at the time of injury was
          being
          [X] used in the manner intended by the defendants.
          ☐ used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not
          readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
          [X] purchaser of the product.                    ☐ user of the product.
          ☐ bystander to the use of the product.           ☐ other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [X] Count One-Strict liability of the following defendants who
          a. [X] manufactured or assembled the product  *(names)*:
             WHIRLPOOL CORPORATION

             [X] Does __1__ to _10_
          b. [X] designed and manufactured component parts supplied to the manufacturer  *(names)*:
             WHIRLPOOL CORPORATION

             [X] Does __1__ to _10_
          c. [X] sold the product to the public *(names)*:
             WHIRLPOOL CORPORATION

             [X] Does __1__ to _10_
Prod. L-5. [X] Count Two-Negligence of the following defendants who owed a duty to plaintiff *(names)*:
          WHIRLPOOL CORPORATION

          [X] Does __1__ to _10_
Prod. L-6. [X] Count Three-Breach of warranty by the following defendants *(names)*:
          WHIRLPOOL CORPORATION

          [X] Does __1__ to _10_
          a. [X] who breached an implied warranty
          b. [X] who breached an express warranty which was
          [X] written  ☐ oral
Prod. L-7. The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
          ☐ listed in Attachment-Prod. L-7  ☐ as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

Harris Dover
ESSENTIAL FORMS          CAUSE OF ACTION - Products Liability          Code of Civil Procedure, § 425.12
                                                                       www.courtinfo.ca.gov

MARK STORY

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| STORY vs. WHIRLPOOL | |

___SECOND___          **CAUSE OF ACTION**- General Negligence      Page __5__
(number)
ATTACHMENT TO [X] Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  MARK STORY, CARI STORY

   alleges that defendant *(name)*: WHIRLPOOL CORPORATION

   [X] Does ___1___ to _10_____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:  8/13/09
at *(place)*:  2830 Crestview Drive, Norco, California 92860

*(description of reasons for liability)* :

GN-2   At all times mentioned herein plaintiff Cari Story and plaintiff Mark Story were married and living together.

GN-3.  Plaintiff Mark Story and Cari Story suffered bodily, mental and emotional injuries, as well as a loss of consortium due to the physical, mental and emotional injuries sustained by one another.

GN-4.  Plaintiffs seek an award of general, incidental, consequential, special and compensatory damages against defendants in compensation for plaintiffs' items of damage, detriment, hurt, harm, and loss, all in an amount or amounts to be established according to proof at time of trial.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION**- General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

MARK STORY

08/26/2011  15:48    5625956294          SIGNAL ATTORNEY SERV                    PAGE  11/13

CIV-050

- DO NOT FILE WITH THE COURT -
- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| JAMES F. REES<br>sbn 59897<br>LAW OFFICES OF TODD B. BECKER<br>3750 E. ANAHEIM ST., SUITE 100<br>LONG BEACH, CA 90804 | 562.495.1500<br>562.494.8904 | |

ATTORNEY FOR (Name): MARK STORY. CARI STORY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  RIVERSIDE
   STREET ADDRESS: 4050 MAIN STREET
   MAILING ADDRESS:
   CITY AND ZIP CODE: RIVERSIDE, CA 92501
   BRANCH NAME:

PLAINTIFF: MARK STORY, CARI STORY
DEFENDANT: WHIRLPOOL CORPORATION, DOES 1

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>RIC 1113384 |
|---|---|

To (name of one defendant only): WHIRLPOOL CORPORATION, DOES 1
Plaintiff (name of one plaintiff only): MARK STORY
seeks damages in the above-entitled action, as follows:

                                                                                    AMOUNT
1. General damages
   a. [X] Pain, suffering, and inconvenience.................................................. $        100,000
   b. [X] Emotional distress............................................................... $        100,000
   c. [ ] Loss of consortium.............................................................. $
   d. [ ] Loss of society and companionship (wrongful death actions only) ............... $
   e. [ ] Other (specify)................................................................. $
   f. [ ] Other (specify)................................................................. $
   g. [ ] Continued on Attachment 1.g.

2. Special damages
   a. [X] Medical expenses (to date)...................................................... $          8,000
   b. [X] Future medical expenses (present value)......................................... $     unknown
   c. [X] Loss of earnings (to date)..................................................... $     unknown
   d. [X] Loss of future earning capacity (present value)................................ $     unknown
   e. [X] Property damage................................................................. $     unknown
   f. [ ] Funeral expenses (wrongful death actions only)................................. $
   g. [ ] Future contributions (present value) (wrongful death actions only) ............ $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) .. $
   i. [ ] Other (specify) ............................................................... $
   j. [ ] Other (specify) ............................................................... $
   k. [ ] Continued on Attachment 2.k.

3. [ ] Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of (specify)   $
        when pursuing a judgment in the suit filed against you.

Date: 8/25/11

JAMES REES
   (TYPE OR PRINT NAME)                                           (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)
                              (Proof of service on reverse)                                    Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]
Martin/Dean
ESSENTIAL FORMS™                STATEMENT OF DAMAGES
                              (Personal Injury or Wrongful Death)        Code of Civil Procedure, §§ 425.11, 425.115
                                                                         www.courtinfo.ca.go

                                                                     MARK STORY

08/26/2011  15:48    5625956294          SIGNAL ATTORNEY SERV                    PAGE  12/13

CIV-050

*- DO NOT FILE WITH THE COURT -*
*- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| JAMES F. REES<br>sbn 59897<br>LAW OFFICES OF TODD B. BECKER<br>3750 E. ANAHEIM ST., SUITE 100<br>LONG BEACH, CA 90804 | 562.495.1500<br>562.494.8904 | |

ATTORNEY FOR *(Name):* MARK STORY, CARI STORY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  RIVERSIDE
STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS:
CITY AND ZIP CODE: RIVERSIDE, CA 92501
BRANCH NAME:

PLAINTIFF: MARK STORY, CARI STORY
DEFENDANT: WHIRLPOOL CORPORATION, DOES 1

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>RIC 1113384 |
|---|---|

To *(name of one defendant only):* WHIRLPOOL CORPORATION
Plaintiff *(name of one plaintiff only):* CARI STORY
seeks damages in the above-entitled action, as follows:

|  |  | AMOUNT |
|---|---|---|
| 1. General damages | | |
| a. ☐ Pain, suffering, and inconvenience.............................................. | $ | 0 |
| b. ☐ Emotional distress.................................................................... | $ | 0 |
| c. ☒ Loss of consortium................................................................... | $ | 100,000 |
| d. ☐ Loss of society and companionship *(wrongful death actions only)* ........ | $ | |
| e. ☐ Other *(specify)* ...................................................................... | $ | |
| f. ☐ Other *(specify)* ...................................................................... | $ | |
| g. ☐ Continued on Attachment 1.g. | | |
| 2. Special damages | | |
| a. ☐ Medical expenses *(to date)* ..................................................... | $ | 0 |
| b. ☐ Future medical expenses *(present value)*.................................... | $ | |
| c. ☐ Loss of earnings *(to date)* ...................................................... | $ | |
| d. ☐ Loss of future earning capacity *(present value)* .......................... | $ | |
| e. ☐ Property damage.................................................................... | $ | |
| f. ☐ Funeral expenses *(wrongful death actions only)*........................... | $ | |
| g. ☐ Future contributions *(present value) (wrongful death actions only)* ...... | $ | |
| h. ☐ Value of personal service, advice, or training *(wrongful death actions only)*...... | $ | |
| i. ☐ Other *(specify)* ...................................................................... | $ | |
| j. ☐ Other *(specify)* ...................................................................... | $ | |
| k. ☐ Continued on Attachment 2.k. | | |

3. ☐ Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*   $ _____
when pursuing a judgment in the suit filed against you.

Date: 8/25/11

JAMES REES
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 (Rev. January 1, 2007)
ESSENTIAL FORMS

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

MARK STORY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4050 Main Street
Riverside, CA  92501
www.riverside.courts.ca.gov

NOTICE OF ASSIGNMENT TO DEPARTMENT FOR CASE MANAGEMENT PURPOSES
AND CASE MANAGEMENT CONFERENCE (CRC 3.722)

STORY VS WHIRLPOOL CORPORATION

CASE NO. RIC 1113384

This case is assigned to the Honorable Judge Gloria Connor Trask
in Department 03 for case management purposes.
The Case Management Conference is scheduled for 02/22/12
at  8:30 in Department 03.

(Bad Mnemonic)
Case Management Conference Hearing

The plaintiff/cross-complainant shall serve a copy of this notice on
all defendants/cross-defendants who are named or added to the
complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6(2) shall be
filed in accordance with that section.

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of
California, County of Riverside, and that I am not a party to this
action or proceeding. In my capacity, I am familiar with the practices
and procedures used in connection with the mailing of correspondence.
Such correspondence is deposited in the outgoing mail of the Superior
Court. Outgoing mail is delivered to and mailed by the United States
Postal Service, postage prepaid, the same day in the ordinary course
of business. I certify that I served a copy of the foregoing
notice on this date, by depositing said copy as stated above.

Dated: 08/12/11                    Court Executive Officer/Clerk

                          By: _____
                               CARMEN I. MUNDO, Deputy Clerk

ac:cmc;cmcb;cmch;cmct;cmcc
cmccb;cmcch;cmcct

# EXHIBIT B

CIV-050

*- DO NOT FILE WITH THE COURT -*
*- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| JAMES F. REES | 562.495.1500 | |
| sbn 59897 | 562.494.8904 | |
| LAW OFFICES OF TODD B. BECKER | | |
| 3750 E. ANAHEIM ST., SUITE 100 | | |
| LONG BEACH, CA 90804 | | |

ATTORNEY FOR *(Name):* MARK STORY. CARI STORY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS:
CITY AND ZIP CODE: RIVERSIDE, CA 92501
BRANCH NAME:

PLAINTIFF: MARK STORY, CARI STORY
DEFENDANT: WHIRLPOOL CORPORATION, DOES 1

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>RIC 1113384 |
|---|---|

To *(name of one defendant only):* WHIRLPOOL CORPORATION, DOES 1
Plaintiff *(name of one plaintiff only):* MARK STORY
seeks damages in the above-entitled action, as follows:

|  |  | AMOUNT |
|---|---|---|
| 1. | General damages | |
| | a. [X] Pain, suffering, and inconvenience | $ 100,000 |
| | b. [X] Emotional distress | $ 100,000 |
| | c. [ ] Loss of consortium | $ |
| | d. [ ] Loss of society and companionship *(wrongful death actions only)* | $ |
| | e. [ ] Other *(specify)* | $ |
| | f. [ ] Other *(specify)* | $ |
| | g. [ ] Continued on Attachment 1.g. | |
| 2. | Special damages | |
| | a. [X] Medical expenses *(to date)* | $ 8,000 |
| | b. [X] Future medical expenses *(present value)* | $ unknown |
| | c. [X] Loss of earnings *(to date)* | $ unknown |
| | d. [X] Loss of future earning capacity *(present value)* | $ unknown |
| | e. [X] Property damage | $ unknown |
| | f. [ ] Funeral expenses *(wrongful death actions only)* | $ |
| | g. [ ] Future contributions *(present value) (wrongful death actions only)* | $ |
| | h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* | $ |
| | i. [ ] Other *(specify)* | $ |
| | j. [ ] Other *(specify)* | $ |
| | k. [ ] Continued on Attachment 2.k. | |

3. [ ] Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*   $
        when pursuing a judgment in the suit filed against you.

Date: 8/25/11

JAMES REES
_____
(TYPE OR PRINT NAME)                            (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                        Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.go

MARK STORY

08/26/2011  15:48    5625956294              SIGNAL ATTORNEY SERV                    PAGE  12/13

CIV-050

**- DO NOT FILE WITH THE COURT -**
**- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| JAMES F. REES<br>sbn 59897<br>LAW OFFICES OF TODD B. BECKER<br>3750 E. ANAHEIM ST., SUITE 100<br>LONG BEACH, CA 90804 | 562.495.1500<br>562.494.8904 | |

ATTORNEY FOR *(Name)*: MARK STORY, CARI STORY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS:
CITY AND ZIP CODE: RIVERSIDE, CA 92501
BRANCH NAME:

PLAINTIFF: MARK STORY, CARI STORY
DEFENDANT: WHIRLPOOL CORPORATION, DOES 1

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>RIC 1113384 |
|---|---|

To *(name of one defendant only)*: WHIRLPOOL CORPORATION
Plaintiff *(name of one plaintiff only)*: CARI STORY
seeks damages in the above-entitled action, as follows:

| | | AMOUNT |
|---|---|---|
| 1. | **General damages** | |
| | a. ☐ Pain, suffering, and inconvenience............................................................... $ | 0 |
| | b. ☐ Emotional distress....................................................................................... $ | 0 |
| | c. ☒ Loss of consortium ..................................................................................... $ | 100,000 |
| | d. ☐ Loss of society and companionship *(wrongful death actions only)* ............... $ | |
| | e. ☐ Other *(specify)* ......................................................................................... $ | |
| | f. ☐ Other *(specify)* ......................................................................................... $ | |
| | g. ☐ Continued on Attachment 1.g. | |
| 2. | **Special damages** | |
| | a. ☐ Medical expenses *(to date)* ...................................................................... $ | 0 |
| | b. ☐ Future medical expenses *(present value)*.................................................. $ | |
| | c. ☐ Loss of earnings *(to date)* ........................................................................ $ | |
| | d. ☐ Loss of future earning capacity *(present value)* ........................................ $ | |
| | e. ☐ Property damage....................................................................................... $ | |
| | f. ☐ Funeral expenses *(wrongful death actions only)* ....................................... $ | |
| | g. ☐ Future contributions *(present value) (wrongful death actions only)* ............ $ | |
| | h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ... $ | |
| | i. ☐ Other *(specify)* ........................................................................................ $ | |
| | j. ☐ Other *(specify)* ........................................................................................ $ | |
| | k. ☐ Continued on Attachment 2.k. | |

3. ☐ Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*   $ _____
   when pursuing a judgment in the suit filed against you.

Date: 8/25/11

JAMES REES
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-050 [Rev. January 1, 2007]<br>Martin Dean's<br>ESSENTIAL FORMS

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

MARK STORY

RECEIVED TIME SEP. 28. 12:00PM   PRINT TIME SEP. 28. 12:02PM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Sheri Pym.

The case number on all documents filed with the Court should read as follows:

## EDCV11- 1541 VAP (SPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [X] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

RECEIVED TIME SEP. 28. 12:02PM    PRINT TIME SEP. 28. 12:02PM

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Mark Story and Cari Story | Whirlpool Corporation |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| James F. Rees | Brian Takahashi (SBN 146505) |
| Law Offices of Todd B. Becker | Michael C. Foley (SBN: 240118) |
| 3750 E. Anaheim Street, Suite 100 | Bowman and Brooke LLP |
| Long Beach, CA 90304 | 879 W. 190th St., Suite 700 |
| 526/495-1500 | Gardena, CA 90248 |
| | 310/768-3068 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $** 308,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Petition for Removal based on diversity jurisdiction under 28 U.S.C. Sec. 1332

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT FORMCHECKBOX 1 | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 120 Marine Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☒ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | | | FEDERAL TAX SUITS |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

ED CV 11 - 01541 VAP SPx

**FOR OFFICE USE ONLY:** Case Number:
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                CIVIL COVER SHEET                                Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County, California | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Incorporated in Delaware with its principal place of business in Benton Harbor, Michigan. |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Michael Foley_                Date September 27, 2011

Michael C. Foley

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com